# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

### CIV 13-1156 GBW/KBM

### *Perez v. St. James Tearoom, Inc., et al.*

### Date of Hearing:    10/9/2014
### *(not recorded)*

**Attorney(s) for Plaintiff**:               Michael H. Hoses

**Attorney(s) for Defendants**:          Shari L Cordova

**Proceedings**:                               Telephonic Status Conference

    *Start Time*:                            2:00 p.m.
    *Stop Time*:                            2:03 p.m.
    **Total Time:**                          **3 minutes**

**Clerk**:                                        JGM

**Notes**:

- The Court made introductions.
- The Court stated that it wished to discuss the parties' proposed Consent Judgment. The Court explained that the document's provision that the Court would "retain jurisdiction" to enforce the settlement would enable the Court to retain jurisdiction even if the claims were dismissed.
- The Court inquired whether the parties intended for the claims to be dismissed.
- Plaintiff stated, and Defendants agreed, that the claims were resolved by the consent judgment and would thus close the case.
- The Court confirmed that it would enter the Consent Judgment.
- The Court concluded the proceedings.